UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kerri L. B.,                                              File No. 22-cv-3230 (ECT/DTS)

    Plaintiff,

v.                                                        **ORDER ACCEPTING REPORT AND RECOMMENDATION**

Kilolo Kijakazi, *Acting Commissioner of Social Security*,

    Defendant.

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on November 3, 2023. ECF No. 14. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 14] is **ACCEPTED**;

2. Plaintiff's Motion for Summary Judgment [ECF No. 9] is **DENIED**;

3. Defendant's Motion for Summary Judgment [ECF No. 12] is **GRANTED**; and

4. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 28, 2023        s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court